**Order entered September 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00191-CV**

**THOMAS REDWINE, AS TRUSTEE OF THE MARTHA T. LATTIMORE LIVING TRUST, AND INTERVENOR, ST. LUKE'S EPISCOPAL CHURCH OF DENISON, TEXAS, Appellants**

**V.**

**STORMY LATTIMORE CANSLER, INDIVIDUALLY AND AS TRUSTEE OF THE 2014  MARTHA T. LATTIMORE LIVING TRUST; JOHN VICTOR LATTIMORE, JR., RICHARD CANSLER, ET AL., Appellees**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-15-1547**

**ORDER**

Appellees' February 3, 2022 Motion to Abate Appeal Temporarily under Rule 27.2 is **DENIED**.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE